### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BRANDY R. KREIFEL, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>vs. )<br>)<br>**GYNECARE, INC., et al.,** )<br>)<br>**Defendants.** ) | 4:06CV3254<br><br>ORDER |

   This matter is before the court *sua sponte.* On October 31, 2006, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 7. No such report has been filed.

   Accordingly,

   **IT IS ORDERED:**

   The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before December 22, 2006, or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

   DATED this 11th day of December, 2006.

                                                      BY THE COURT:

                                                       s/Thomas D. Thalken
                                                      United States Magistrate Judge