```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

BRANDY R. KREIFEL and TAMMY      )
LYDEN, individually and as       )
mother and next friend of        )
Brandy R. Kreifel,               )
                                 )
             Plaintiffs,         )        4:06CV3254
                                 )
        v.                       )
                                 )
GYNECARE, INC., ETHICON,         )        ORDER
INC., LIFECORE BIOMEDICAL,       )
INC., and JOHNSON & JOHNSON      )
COMPANY,                         )
                                 )
             Defendants.         )
                                 )
```

This case has been reassigned to the undersigned for judicial supervision and processing of all pretrial matters.

IT THEREFORE HEREBY IS ORDERED,

The Rule 16 telephone planning conference that is set for May 11, 2007 at 10:00 a.m. will be held with the undersigned. **Plaintiff's counsel shall initiate the call to 402-437-5235.**

DATED this 6th day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge