IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRANDY R. KREIFEL and TAMMY LYDEN, individually and as mother and next friend of Brandy R. Kreifel, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:06CV3254 |
| v. | ) ) | |
| GYNECARE, INC., ETHICON, INC., LIFECORE BIOMEDICAL, INC., and JOHNSON & JOHNSON COMPANY, | ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) | |

A telephone conference with counsel was held this date pursuant Rule 16 of the Federal Rules of Civil Procedure. After discussing the progress of the case and the expenses of moving forward preparing the case for trial, counsel reported they have agreed that mediation of the dispute may be productive. The court agreed. Counsel plan to conduct mediation within 45 days following the plaintiff's deposition, which is scheduled for June 15. Rather than definitely schedule the case for trial at this time, it was agreed to reconvene the conference after the mediation.

IT THEREFORE HEREBY IS ORDERED,

In the event the case is not settled through mediation efforts before then, another planning conference will convene at 11:30 a.m. on August 9, 2007.

DATED this 11th day of May, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge