IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BRANDY R. KREIFEL, and TAMMY    )
LYDEN, individually and as      )
mother and next friend of       )
Brandy R. Kreifel,              )
                                )                4:06CV3254
              Plaintiffs,       )
                                )
         V.                     )
                                )                  ORDER
GYNECARE, INC., ETHICON,        )
INC., LIFECORE BIOMEDICAL,      )
INC., and JOHNSON & JOHNSON     )
COMPANY,                        )
                                )
              Defendants.       )

Upon the unopposed oral motion of defendant Lifecore Biomedical, Inc.,

IT IS ORDERED:  The telephonic planning conference, previously scheduled for August 9, 2007, is continued to August 24, 2007 at 11:00 a.m.  Counsel for the plaintiff shall place the call.

DATED this 27th day of July, 2007.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge